# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES LEE MCPHADEN

       v.

WILLIAM CORN , et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5427FDB
CR95-5828FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Plaintiff's petitions for relief are DENIED.

| August 21, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

      *s/D. Forbes*
DEPUTY CLERK